Joseph R. Taylor (SBN 129933)
jtaylor@fkks.com
Tiffany R. Caterina (SBN 280159)
tcaterina@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone:   (310) 579-9600
Facsimile:   (310) 579-9650

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Timothy P. Harkness (*pro hac vice forthcoming*)
Timothy.Harkness@freshfields.com
David Y. Livshiz (*pro hac vice forthcoming*)
David.Livshiz@freshfields.com
Paige E. von Mehren (*pro hac vice forthcoming*)
Paige.vonMehren@freshfields.com
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:   (212) 277-4000
Facsimile:   (212) 277- 4001

*Attorneys for Defendant DAZN Media Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANTOS SAUL ALVAREZ BARRAGAN; SA HOLIDAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAZN NORTH AMERICA INC.; DAZN MEDIA INC.; DAZN US LLC; PERFORM INVESTMENT LIMITED; GOLDEN BOY PROMOTIONS, LLC; GOLDEN BOY PROMOTIONS, INC.; OSCAR DE LA HOYA; AND DOES 1-25, <br><br> Defendants. | Case No. 2:20-cv-09277 <br><br> **DECLARATION OF DAVID Y. LIVSHIZ NOTICE OF REMOVAL OF STATE COURT ACTION** |

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
F (310) 579-9600

Frankfurt Kurnit Klein + Selz PC

2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
T (310) 579 9600

## DECLARATION OF DAVID Y. LIVSHIZ

I, David Y. Livshiz, declare as follows:

1.     I am counsel with Freshfields Bruckhaus Deringer US LLP, attorneys of record for Defendant DAZN Media Inc.  My application for admission to this Court *pro hac vice* is forthcoming.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.  I make this declaration in support of Defendant DAZN Media Inc.'s Notice of Removal of State Court Action.

2.     On or around October 11, 2018, Defendant Golden Boy Promotions, LLC and Defendant Perform Investment Limited entered into a license agreement (the "DAZN Contract").

3.     On September 28, 2020, Plaintiffs Santos Saul Alvarez Barragan and SA Holiday, Inc. ("Plaintiffs") filed a complaint in the Superior Court of California, County of Los Angeles entitled *Barragan et al. v. DAZN North America Inc. et al.*, Case No. 20STCV37151, alleging breach of the DAZN Contract and breach of the covenant of good faith and fair dealing implied in the DAZN Contract.  Compl. ¶¶ 26, 62-67, 75-80.

4.     The DAZN Contract contains dispute resolution provisions which state, in relevant part, that:

(a)     "This Agreement and any dispute or claim arising out of or in connection with it or its subject matter or formation (including non-contractual disputes or claims) shall be governed by and interpreted in accordance with the law of England and Wales[;]"

(b)     "any dispute, controversy or claim arising out of or in connection with this Agreement, whether in tort, contract, under statute or otherwise, including any question regarding its existence, validity, interpretation, breach or termination (**Dispute**), shall be finally resolved by arbitration under the Rules of Arbitration of the International Chamber of Commerce (**ICC**)[;]"

1

1         (c)    "The seat of the arbitration shall be New York, NY."

2      5.    The DAZN Contract also includes a strict confidentiality provision.  If

3 the Court requires additional information regarding the DAZN Contract, Defendant

4 DAZN Media Inc. is happy to provide such information under seal as this Court

5 deems appropriate.

6     I declare under penalty of perjury that the foregoing is true and correct.

7     Executed on this 8th day of October, 2020, at New York, New York.

8

9                        */s/ David Y. Livshiz*

10                        David Y. Livshiz

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Frankfurt Kurnit Klein + Selz PC
28029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600