Joseph R. Taylor (SBN 129933)
jtaylor@fkks.com
Tiffany R. Caterina (SBN 280159)
tcaterina@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone:   (310) 579-9600
Facsimile:    (310) 579-9650

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Timothy P. Harkness (*pro hac vice forthcoming*)
Timothy.Harkness@freshfields.com
David Y. Livshiz (*pro hac vice forthcoming*)
David.Livshiz@freshfields.com
Paige E. von Mehren (*pro hac vice forthcoming*)
Paige.vonMehren@freshfields.com
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:   (212) 277-4000
Facsimile:    (212) 277- 4001

*Attorneys for Defendant DAZN Media Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANTOS SAUL ALVAREZ BARRAGAN; SA HOLIDAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAZN NORTH AMERICA INC.; DAZN MEDIA INC.; DAZN US LLC; PERFORM INVESTMENT LIMITED; GOLDEN BOY PROMOTIONS, LLC; GOLDEN BOY PROMOTIONS, INC.; OSCAR DE LA HOYA; AND DOES 1-25, <br><br> Defendants. | Case No. 2:20-cv-09277 <br><br> **CORPORATE DISCLOSURE STATEMENT** <br><br> [Fed. R. Civ. P. 7.1] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Defendant DAZN Media Inc., hereby certifies that DAZN Media Inc. is a wholly owned indirect subsidiary of DAZN Group Limited, a privately held company.  No publicly held corporation owns 10% or more of its stock.

DATED:  October 8, 2020     FRANKFURT KURNIT KLEIN + SELZ PC

By:  /s/ *Tiffany R. Caterina*
      Joseph R. Taylor
      Tiffany R. Caterina

      *Attorneys for Defendant DAZN Media Inc.*