| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>GREGORY M. SMITH (State Bar No. 259971)<br>The Maloney Firm, APC<br>2381 Rosecrans Avenue, Suite 405<br>El Segundo, CA 90245<br>*Telephone No:*<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION | | |
| *Plaintiff:* SANTOS SAUL ALVAREZ BARRAGAN; SA HOLIDAY, INC.<br>*Defendant:* DAZN NORTH AMERICA INC.; et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-cv-09277-PA-AS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Notice of Removal of State Court Action

3. a. Party served: GOLDEN BOY PROMOTIONS, INC.
   b. Person served: ERICK PENARRIETA, REGISTERED AGENT FOR SERVICE OF PROCESS
      (Served under F.R.C.P. Rule 4.)

4. Address where the party was served: 626 Wilshire Blvd., Suite 350, Los Angeles, CA 90017

5. I served the party:
   a. **by substituted service.** On: Wed, Oct 21 2020 at: 09:50 AM by leaving the copies with or in the presence of:
   JOSE "DOE", SECURITY GUARD (Hispanic/Male/60 yrs/5'8"/190 lbs/Gray Hair/Brown Eyes/Glasses)

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| GREGORY M. SMITH (State Bar No. 259971)<br>The Maloney Firm, APC<br>2381 Rosecrans Avenue, Suite 405<br>El Segundo, CA 90245<br>Telephone No:<br>Attorney For: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION | | |
| Plaintiff: SANTOS SAUL ALVAREZ BARRAGAN; SA HOLIDAY, INC.<br>Defendant: DAZN NORTH AMERICA INC.; et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 2:20-cv-09277-PA-AS |

**6. Person Who Served Papers:**

a. Douglas Forrest (5141, Los Angeles)  
b. FIRST LEGAL  
   1517 W. Beverly Blvd.  
   LOS ANGELES, CA 90026  
c. (213) 250-1111

d. *The Fee* for Service was: $108.60  
e. I am: A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/22/2020  
(Date)                                                                 (Signature)



PROOF OF SERVICE

4971971  
(4480851)  
Page 2 of 2

| Attorney or Party without Attorney:<br>GREGORY M. SMITH (State Bar No. 259971)<br>The Maloney Firm, APC<br>2381 Rosecrans Avenue, Suite 405<br>El Segundo, CA 90245<br>  Telephone No:<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION | | |
| Plaintiff: SANTOS SAUL ALVAREZ BARRAGAN; SA HOLIDAY, INC.<br>Defendant: DAZN NORTH AMERICA INC.; et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-cv-09277-PA-AS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Notice of Removal of State Court Action

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Wed, Oct 21, 2020
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: GOLDEN BOY PROMOTIONS, INC.
   ATTN: ERICK PENARRIETA, REGISTERED AGENT
   626 Wilshire Blvd., Suite 350, Los Angeles, CA 90017

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Oct 21, 2020 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   **b. FIRST LEGAL**
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $108.60
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

10/22/2020
(Date)                                        (Signature)



| Judicial Council Form | PROOF OF SERVICE | 4971971 |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | BY MAIL | (4480851) |