**THE MALONEY FIRM, APC**
GREGORY M. SMITH - **State Bar No. 259971**
PATRICK M. MALONEY - **State Bar No. 197844**
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
T: (310) 540-1505 │ F: (310) 540-1507
E: gsmith@maloneyfirm.com
E: pmaloney@maloneyfirm.com

Attorneys for Plaintiffs, SANTOS SAUL ALVAREZ BARRAGAN and SA HOLIDAY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS SAUL ALVAREZ BARRAGAN; SA HOLIDAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAZN NORTH AMERICA INC.; DAZN MEDIA INC.; DAZN US LLC; PERFORM INVESTMENT LIMITED; GOLDEN BOY PROMOTIONS, LLC; GOLDEN BOY PROMOTIONS, INC.; OSCAR DE LA HOYA; AND DOES 1-25, <br><br> Defendants, | Case No.: 2:20-cv-09277-PA-ASx <br><br> **STIPULATION FOR DISMISSAL** |

Plaintiffs, SANTOS SAUL ALVAREZ BARRAGAN, and SA HOLIDAY, INC., and Defendants, DAZN NORTH AMERICA INC., DAZN MEDIA INC., DAZN US LLC, PERFORM INVESTMENT LIMITED, GOLDEN BOY PROMOTIONS, LLC, GOLDEN BOY PROMOTIONS, INC., and OSCAR DE LA HOYA by and through their respective counsel of record, hereby stipulate that the

above-captioned action be dismissed with prejudice pursuant to *FRCP 41 (a)(1)(A)(ii)*. Each party is to bear its own costs and attorney's fees, if any.

Pursuant to CDCA Local Rule 5-4.3.4(a)(2), Gregory M. Smith, filing counsel, attests that Mr. Cestero and Mr. Livshiz concur with the contents of this document and have authorized their electronic signatures below.

| Dated: November 9, 2020 | THE MALONEY FIRM APC<br><br>By: /s/ Gregory M. Smith<br><br>Gregory M. Smith<br>Patrick M. Maloney<br>Attorneys for Plaintiffs, SANTOS SAUL ALVAREZ BARRAGAN, and SA HOLIDAY, INC. |
|---|---|
| Dated: November 9, 2020 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br><br>By: /s/ Ricardo P. Cestero<br>Ricardo P. Cestero<br>Attorneys for Defendants, GOLDEN BOY PROMOTIONS, LLC, GOLDEN BOY PROMOTIONS, INC., and OSCAR DE LA HOYA |
| Dated: November 9, 2020 | FRESHFIELDS BRUCKHAUS DERINGER US LLP<br><br>By: /s/ David Y. Livshiz<br>David Y. Livshiz<br>Attorneys for Defendants, DAZN NORTH AMERICA INC., DAZN MEDIA INC., DAZN US LLC, and PERFORM INVESTMENT LIMITED |